1
 2025 CO 64 In Re People v. Simons No. 24SA309Supreme Court of Colorado, En BancFebruary 2, 2026
 
          Petition
 for Rehearing DENIED.
 
 
          RULE
 CHANGE
 
 
          RULE
 CHANGE 2026(03)
 
 
          RULES
 GOVERNING LAWYER DISCIPLINE AND DISABILITY PROCEEDINGS,
 PROTECTIVE APPOINTMENT OF COUNSEL, CONTINUING LEGAL AND
 JUDICIAL EDUCATION, ATTORNEYS' FUND FOR CLIENT
 PROTECTION, AND LAWYER ASSISTANCE PROGRAMS 242.21
 
 
          Amended
 and Adopted by the Court, En Banc, January 29, 2026,
 effective immediately.